DWIGHT LUMBER CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 19063. Promulgated October 7, 1929.

*A. DeWitt Alexander, C. P. A.*, and *H. Edwin Nowell, C. P. A.*, for the petitioner.

*O. J. Tall, Esq.*, for the respondent.

OPINION.

STERNHAGEN: From the foregoing facts found from the evidence it appears that petitioner had capital at the beginning of the year of $6,372.30 and at the end of the year of $32,424.31. It bought

and sold on its own account in substantial amounts. It can not therefore be said to have, as the statute requires, " no invested capital or not more than a nominal capital." *Feeders Supply Co.*, 8 B. T. A. 839; 31 Fed. (2d) 274.

*Judgment will be entered for the respondent.*